

**ORDERED in the Southern District of Florida on May 13, 2020.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:  CASE NO.: 19-18079-LMI

CHAPTER 7

**Curt Douglas Francis dba Progressive Real Estate 2000 Corp dba CPS Construction & Develp LLC dba Elite Real Estate 2000 Corp,**

    Debtor.

_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

    THIS CASE came on for hearing on May 11, 2020, on PHH Mortgage Corporation as servicer for Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-1, Asset-Backed Certificates, Series 2006-1's ("Secured Creditor") Motion for Relief from the Automatic Stay (Docket No. 89). The Court heard argument of the Parties and has based its decision on the record. Accordingly, it is:

**ORDERED**:

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.
2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 6699 SW 137 Ct, Unit 10B, Miami, FL 33183, in Miami-Dade County, Florida, and legally described as:

```
Unit 10-B of O.D.A. Homes Condominium, according to the Declaration
thereof recorded January 8, 1985 in Official Records Book 12375, Page 1686,
of the Public Records of Miami-dade County, FLorida.
```

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtors.
4. The Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is denied.
5. A state court judge is allowed to award bankruptcy fees and costs associated with the bringing of this motion if those fees and costs are recoverable pursuant to the underlying loan documents but such fees and costs are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

###

Submitted by:
Christopher P. Salamone, Esquire
Robertson, Anschutz & Schneid, PL
*Attorney for Creditor*
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Attorney, Christopher P. Salamone, Esquire, is directed to serve a copy of this order on interested parties that do not receive electronic service via CM/ECF and file a proof of service within 3 days of entry of the order.