

**ORDERED in the Southern District of Florida on January 28, 2021.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                           CASE NO.   19-18079-BKC-LMI

CURT DOUGLAS FRANCIS,                            Chapter 7

    Debtor.
_____/

### ORDER SETTING DEADLINE TO FILE AMENDED SCHEDULES

THIS CAUSE came before the Court on January 27, 2021 at the hearing on the Motion for Summary Judgment (ECF #28) (the "Hearing") in the related adversary proceeding (Adv. Case No. 20-1218-LMI). For the reasons stated on the record at the Hearing, the Court deems it appropriate to set a deadline by which the Debtor shall file amended schedules. Accordingly, it is

ORDERED:

1.  The Debtor shall file amended schedules on or before **March 1, 2021**.

###

Copies furnished to:
Curt Douglas Francis, pro se Debtor

*The Clerk of Court shall serve a copy of this order upon all interested parties who do not receive service by CM/ECF.*